## Woodward *v.* Crawford, Appellant.

Argued Oct. 26, 1904.    Appeal, No. 55, Oct. T., 1904, by defendant, from judgment of C. P. No. 3, Allegheny Co., Nov. T., 1902, No. 667, on verdict for plaintiff in case of M. A. Woodward v. J. A. Crawford.    Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and THOMPSON, JJ.    Affirmed.

· OPINION BY MR. JUSTICE MESTREZAT, December 31, 1904:

For the reasons given in the opinion filed this day in Wescott v. Crawford, No. 56, October Term, 1904, ante p. 256. The judgment is affirmed.